## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Anthony W. Flacco Jr.　　　　　　　　CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 25-13460 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
18 Sep 2025, 13:50:25, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322