# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | |
| ANTHONY W. FLACCO, JR., | ) | CASE NO.: 25-13460-AMC |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE ASHELY M. CHAN |
| | ) | |
| FIGURE LENDING LLC | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| ANTHONY W. FLACCO, JR., DEBTOR, | ) | |
| AND KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Figure Lending LLC, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 1st day of October 2025

    Respectfully submitted,

    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    Josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

# **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 1st day of October 2025.

*VIA U.S. MAIL*

*DEBTOR*
ANTHONY W. FLACCO, JR.
234 ROBINHOOD LANE
ASTON, PA 19014-1925

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

    /s/ *Joshua I. Goldman*
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    Josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*