IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : Chapter 13

Anthony W. Flacco, Jr.                  : Case No. 25-13460-amc
    Debtor(s)

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

    I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date:  February 9, 2026          /s/ David M. Offen
                                   David M. Offen
                                   Attorney for Debtor(s)
                                   The Curtis Center
                                   601 Walnut Street, Suite 160 West
                                   Philadelphia, PA 19106
                                   215-625-9600
                                   info@offenlaw.com