United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Anthony W. Flacco, Jr.

    Debtor

Case No. 25-13460-amc

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 11, 2026 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony W. Flacco, Jr., 234 Robinhood Lane, Aston, PA 19014-1925 |
| 15069280 | | Figure Lending LLC c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| 15056876 | + | Figure Lending, LLC, c/o Joshua I Goldman, Esq, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15045120 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 12 2026 00:45:56 | Best Egg, P.O. Box 207865, Dallas, TX 75320-7865 |
| 15045121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:07 | Citibank, NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15045122 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:07 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15045123 | ^ | MEBN | Feb 12 2026 00:29:53 | Figure Lending, Attn: Bankruptcy, Po Box 40534, Reno, NV 89504-4534 |
| 15045124 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2026 00:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15055160 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15045125 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2026 00:46:03 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15047179 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:46:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15045126 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:45:58 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15045127 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 12 2026 00:30:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15061521 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15045128 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15052078 | ^ | MEBN | Feb 12 2026 00:29:47 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15066050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0313-2                                   User: admin                                              Page 2 of 3

Date Rcvd: Feb 11, 2026                                Form ID: 155                                          Total Noticed: 26

| | | Feb 12 2026 00:45:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15045129 | + Email/PDF: ebnotices@pnmac.com | Feb 12 2026 00:46:16 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15058177 | + Email/PDF: ebnotices@pnmac.com | Feb 12 2026 00:46:10 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15068719 | Email/Text: bncmail@w-legal.com | Feb 12 2026 00:30:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15045130 | + Email/Text: bncmail@w-legal.com | Feb 12 2026 00:30:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15045131 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 12 2026 00:46:13 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15068265 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 12 2026 00:45:55 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park MN 55426-4927 |
| 15045132 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 12 2026 00:46:13 | Wells Fargo Bank, NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 15045133 | Email/Text: bankruptcy@yendo.com | Feb 12 2026 00:30:00 | Yendo Inc, 3575 Far West Blvd. Suite 30493, Austin, TX 78731 |
| 15069025 | + Email/Text: bankruptcy@yendo.com | Feb 12 2026 00:30:00 | Yendo Inc., 400 N. Ervay St Unit 130175, Dallas, Texas 75313-0014 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Anthony W. Flacco Jr. ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Figure Lending LLC Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |

District/off: 0313-2      User: admin      Page 3 of 3

Date Rcvd: Feb 11, 2026      Form ID: 155      Total Noticed: 26

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Anthony W. Flacco Jr. | ) | Case No. 25−13460−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 10, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court