IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANTHONY W. FLACCO, JR.<br>Debtor,<br><br>CORNERSTONE SERVICING, SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS DELAWARE TRUSTEE OF SALUDA GRADE ALTERNATIVE MORTGAGE TRUST 2023-FIG3<br>Movant,<br><br>v.<br><br>ANTHONY W. FLACCO, JR., and<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 25-13460-amc<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the September 22, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| **Anthony W. Flacco, Jr.**<br>234 Robinhood Lane<br>Aston, PA 19014-1925 | **DAVID M. OFFEN**<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 |

ELECTRONIC NOTIFICATION

| | |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112
Fax: (412) 456-8135